IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SENECA MAURICE BOGAN**                                                                             **PLAINTIFF**
**ADC #107143**

v.                                   Case No. 4:22-CV-178-LPR

**DEXTER PAYNE**                                                                                           **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's Complaint is DISMISSED, without prejudice, for failure to state a viable § 1983 claim against Defendant Payne. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order or the accompanying Judgment would not be taken in good faith. Further, the Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 3rd day of January 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE