IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SENECA MAURICE BOGAN**                                                                                              **PLAINTIFF**
**ADC #107143**

v.                                    Case No. 4:22-CV-178-LPR

**DEXTER PAYNE**                                                                                                            **DEFENDANT**

## JUDGMENT

In accordance with the Order entered on this date, this case is hereby DISMISSED, without prejudice, and the case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and any related orders would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE